# Exhibit A

Case 2:22-cv-12159-JJCG-APP   ECF No. 1-2, PageID.30   Filed 09/12/22   Page 2 of 2

# Active Interest Media Enhanced Masterfile Mailing List

Founded in 2003, Active Interest Media (AIM) is one of the world's fastest growing media companies focusing on the enthusiast market. Their magazine subscribers have been merged, deduped, and enhanced with demographic and transactional data to develop the AIM Enhanced Masterfile of highly sought-after consumers.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 04/30/2022 |
|---|---|---|
| 460,863 | TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 127,620 | 6 MONTH HOTLINE | + $11.00/M |
| 60,152 | 3 MONTH HOTLINE | + $16.00/M |
|  | 12 MONTH EXPIRES | $85.00/M |
|  | CATALOG RATE | $85.00/M |
|  | FUNDRAISING RATE | $75.00/M |
|  | INSURANCE RATE | $75.00/M |
|  | NON RECIPROCAL CHARGE | + $20.00/M |

| | |
|---|---|
| POPULARITY: | ●●●●● 100 |
| MARKET: | CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 45% FEMALE 35% MALE |

## DESCRIPTION



From mountain climbers to yoga practitioners, AIM encompasses America's most enthusiastic consumers. The AIM audience is engaged & active participants in their hobbies & lifestyles. They embrace the publications for valuable information and resources to enhance their passions.

Subscribers to the following titles comprise the Active Interest Media Enhanced Masterfile: *Anglers Journal, Cuisine At Home, Horticulture, Garden Gate, Log & Timber Home Living, Old House Journal, PassageMaker, Popular Woodworking, Power & Motoryacht, Sail, Soundings, Soundings Trade Only, Urban Climber, Woodshop News, Woodsmith, Writer's Digest and Yachts International.*

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $21.00/M |
| 3 MONTH HOTLINE | $16.00/M |
| 6 MONTH HOTLINE | $11.00/M |
| AGE | $16.00/M |
| AVAILABLE SELECTIONS | |
| CHANGE OF ADDRESS | $16.00/M |
| ENHANCED AGE GROUPS (30) | |
| ENHANCED INCOME GROUPS | |
| ENHANCED INTEREST CATEGORIES | |
| FINANCIAL | $16.00/M |
| GENDER/SEX | $10.00/M |
| INCOME RANGE | $16.00/M |
| INTEREST | |
| LIFESTYLE | $16.00/M |
| MAIL ORDER BUYERS | $15.00/M |
| PAID | $12.00/M |
| SOURCE | $12.00/M |
| STATE, SCF, ZIP | $10.00/M |
| TRAVEL | $16.00/M |