# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY; MARKITTA WITCHER; and DIANE HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE INTEREST MEDIA, INC.,<br><br>Defendant. | Case No. 22-cv-12159-DML-APP<br><br>Hon. David M. Lawson<br>Mag. Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Mitchell of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: September 13, 2022      Respectfully submitted,

/s/ *Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
gam@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                          /s/ *Gregory A. Mitchell*
                          Gregory A. Mitchell (P68723)
                          **THE MILLER LAW FIRM, P.C.**
                          950 W. University Dr., Ste. 300
                          Rochester, MI 48307
                          Tel: (248) 841-2200
                          gam@millerlawpc.com