## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ALEXUS MURPHY; MARKITTA WITCHER; and DIANE HAINES, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

ACTIVE INTEREST MEDIA, INC.,

    Defendant.

Case No. 22-12159

Hon. David M. Lawson

Magistrate Judge Anthony P. Patti

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carol G. Schley of the law firm Clark Hill PLC hereby enters her appearance on behalf of Defendant Active Interest Media, Inc. in the above cause of action.

    Respectfully submitted,

    CLARK HILL PLC

    By: */s/Carol G. Schley*
    Carol G. Schley (P51301)
    Attorney for Defendant
    151 S. Old Woodward Ave., Ste. 200
    Birmingham, MI 48009
    (248) 530-6338

Dated: September 28, 2022    cschley@clarkhill.com

## CERTIFICATE OF SERVICE

I certify that on September 28, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/Carol G. Schley
CLARK HILL PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com
(P51301)