# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY; MARKITTA WITCHER; and DIANE HAINES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACTIVE INTEREST MEDIA, INC.,<br><br>    Defendant. | ) ) ) ) ) Case No. 2:22-cv-12159 ) ) Hon. David M. Lawson ) ) Magistrate Judge Anthony P. Patti ) ) ) ) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant ACTIVE INTEREST MEDIA, INC.

Dated: October 17, 2022

                */s/ Kristen C. Rodriguez*
                Kristen C. Rodriguez
                Illinois Bar No. 6300697
                DENTONS US LLP
                233 S. Wacker Drive, Suite 5900
                Chicago, IL 60606-6404
                Tel: (312) 876-8000
                Fax: (312) 876-7934
                kristen.rodriguez@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kristen C. Rodriguez
Kristen C. Rodriguez