## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY; MARKITTA WITCHER; and DIANE HAINES, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>ACTIVE INTEREST MEDIA, INC.,<br><br>                Defendant.<br>_____ | ) <br>) <br>) <br>) Case No. 2:22-cv-12159<br>) <br>) Hon. David M. Lawson<br>) <br>) Magistrate Judge Anthony P. Patti<br>) <br>) <br>) <br>) |

## NOTICE OF APPEARANCE

To:  The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant ACTIVE INTEREST MEDIA, INC.

Dated: October 17, 2022

 

*/s/ Deborah H. Renner*
Deborah H. Renner
New York Bar No. 2561728
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
deborah.renner@dentons.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Deborah H. Renner*
                                               Deborah H. Renner