# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY, MARKITTA WITCHER, and DIANE HAINES, individually and on behalf of all others similarly situated, | ) ) ) ) ) Case No. 2:22-cv-12159 |
| Plaintiffs, | ) ) Hon. David M. Lawson ) |
| vs. | ) Magistrate Judge Anthony P. Patti ) |
| ACTIVE INTEREST MEDIA, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant ACTIVE INTEREST MEDIA, INC.

Dated: October 18, 2022

/s/ Katelynn McCollough
Katelynn McCollough
Iowa Bar No. AT0013443
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
Tel: (515) 288-2500
Fax: (515) 243-0654
katelynn.mccollough@dentons.com

#3398302

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Katelynn McCollough*
                                          Katelynn McCollough