UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXUS MURPHY, MARKITTA
WITCHER, and DIANE HAINES,

        Plaintiffs,                           Case Number 22-12159

v.                                             Honorable David M. Lawson

ACTIVE INTEREST MEDIA, INC.

        Defendant.
_____/

## ORDER DENYING MOTION TO ADJOURN SCHEDULING CONFERENCE AND STAY DISCOVERY

      This matter is before the Court on the defendant's motion to adjourn the case management and scheduling conference and stay discovery pending resolution of a future motion to dismiss. The Court has considered the defendant's motion and finds that it should be denied. The defendant argues that discovery would not be fruitful before the Court resolves the issues raised in its motion to dismiss; however, no motion to dismiss presently is before the Court. Moreover, it is unnecessary for the Court to stay discovery at this time, as discovery will not begin until after the parties have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order.").

      Accordingly, it is **ORDERED** that the defendant's motion to adjourn the case management and scheduling conference and stay discovery (ECF No. 15) is **DENIED**.

                                                                  s/David M. Lawson
                                                                  DAVID M. LAWSON
                                                                   United States District Judge

Dated:  November 10, 2022