## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

Alex Murphy; Markitta Witcher; and Diane
Haines, individually and on behalf of all others
similarly situated,

**Plaintiff(s),**

Case No. 2:22-cv-12159

v.

Judge David M. Lawson

Active Interest Media, Inc.

Magistrate Judge

**Defendant(s).**

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, _____ Active Interest Media, Inc. _____
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes  "          No  "X

     If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
     between it and the named party.

     Parent Corporation/Affiliate Name: _____
     Relationship with Named Party: _____

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
     interest in the outcome of the litigation?

     Yes  "          No  "X

     If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

     Parent Corporation/Affiliate Name: _____
     Nature of Financial Interest: _____

Date:  November 21, 2022 _____          /s/ Kristen C. Rodriguez
                                            Signature
                                            IL Bar 6300697
                                            Bar No.
                                            233 S Wacker Drive. Suite 5900
                                            Street Address
                                            Chicago, IL 60606
                                            City, State, Zip Code
                                            312-876-6133
                                            Telephone Number
                                            kristen.rodriguez@dentons.com
                                            Primary Email Address