UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Alexus Murphy, et al.,

                Plaintiff(s),

v.                                         Case No. 2:22−cv−12159−DML−APP
                                          Hon. David M. Lawson

Active Interest Media, Inc.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

      Motion to Dismiss − #18

- MOTION HEARING:  June 7, 2023 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/S. Pinkowski
                                            Case Manager

Dated:   December 2, 2022