# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY, MARKITTA WITCHER, and DIANE HANES, individually and on behalf of others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 4:22-cv-12159<br>)<br>) Hon. David M. Lawson |
| vs. | )<br>) |
| ACTIVE INTEREST MEDIA, INC., | )<br>) |
| Defendant. | ) |

## STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS

Plaintiffs and Defendant, as reflected by the signatures of their counsel below, hereby stipulate to the following:

1. In light of Plaintiffs' filing of a First Amended Complaint on December 12, 2022, Defendant's pending motion to dismiss Plaintiffs' original Complaint is withdrawn.

2. The deadline by which Defendant may file a motion to dismiss in response to Plaintiffs' First Amended Complaint as permitted by the Federal Rules of Civil Procedure is extended through and includes January 13, 2023 (the "Motion"). Plaintiffs may file their opposition to Defendant's Motion within 35 days

of the filing of the Motion (the "Opposition"). Defendant may file a reply in support of its Motion within 21 days after the filing of the Opposition.

    3.    The 25-page limit for the briefs filed in support of Defendant's Motion and Plaintiffs' Opposition are enlarged to 30 pages. Defendant's reply brief shall not be enlarged.

STIPULATED:

| | |
|---|---|
| /s/ Phil L. Fraietta (with permission) | /s/*Carol G. Schley* |
| E. Powell Miller (P39487) | DENTONS US LLP |
| Sharon Almonrode (P33938) | Kristen C. Rodriguez |
| Gregory Mitchell (P68723) | Deborah H. Renner |
| The Miller Law Firm, P.C. | 233 S. Wacker Drive, Suite 5900 |
| Attorneys for Plaintiff | Chicago, IL 60606-6404 |
| 950 W. University Drive, Suite 300 | Tel: (312 876-8000 |
| Rochester, MI 48307 | kristen.rodriguez@dentons.com |
| (284) 841-2200 | deborah.renner@dentons.com |
| epm@millerlawpc.com | |
| gam@millerlawpc.com | DENTONS DAVIS BROWN, P.C. |
| ssa@millerlawpc.com | Katelynn T. McCollough |
| | Davis Brown Tower |
| Frank S. Hedin | 215 10th Street, Suite 1300 |
| Hedin Hall LLP | Des Moines, IA 50309-3993 |
| 1395 Brickell Avenue, Suite 1140 | Tel: (515) 246-7831 |
| Miami, FL 33131 | katelynn.mccollough@dentons.com |
| (305) 357-2107 | |
| fhedin@hedinhall.com | Peter B. Kupelian (P31812) |
| aravindran@hedinhall.com | Carol G. Schley (P51301) |
| | Clark Hill PLC |
| Phil L. Fraietta | 151 S. Old Woodward Ave., Ste. 200 |
| Bursor & Fisher, P.A. | Birmingham, MI 48226 |
| 888 Seventh Ave. | (248) 642-9692 |
| New York, NY 10019 | pkupelian@clarkhill.com |
| (646) 837-7150 | cschley@clarkhill.com |
| pfraietta@bursor.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | Dated: December 19, 2022 |
| Dated: December 19, 2022 | |