# INDEX OF EXHIBITS

Exhibit     Description

A           *Carter v. DTN Mgmt. Co.*, --- N.W.2d ---, 2023 WL 439760
            (Mich. Ct. App. Jan. 26, 2023)

B           *Wheaton v. Apple Inc.*, Case No. 19-cv-02883, dkt. 51 (N.D. Cal.
            Sept. 20, 2019) (defendant's reply in support of motion to
            dismiss)