UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXUS MURPHY, MARKITTA
WITCHER, and DIANE HAINES,

               Plaintiffs,                          Case Number 22-12159
v.                                                          Honorable David M. Lawson

ACTIVE INTEREST MEDIA, INC.

               Defendant.
_____/

### ORDER DENYING DEFENDANT'S *EX PARTE* MOTION
### TO ENLARGE REPLY BRIEF PAGE LIMIT

       This matter is before the Court on the defendant's *ex parte* motion to enlarge the page limit for its reply brief in support of its motion to dismiss. The defendant says that it needs two additional pages in order to fully address a recent opinion issued in *Bozung v. Christianbook, LLC*, No. 22-00304, 2023 WL 2385004 (W.D. Mich. Mar. 6, 2023), a case that also involves Michigan Preservation of Personal Privacy Act claims. The Court has considered the defendant's motion and will deny it because the Court is aware of the non-binding decision issued in *Bozung* and finds that expanded briefing would not aid in the disposition of the issues raised in this matter.

       Accordingly, it is **ORDERED** that the defendant's motion for excess briefing (ECF No. 29) is **DENIED**.

                                                               s/David M. Lawson
                                                               DAVID M. LAWSON
                                                               United States District Judge

Dated: March 9, 2023