UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXUS MURPHY, MARKITTA
WITCHER, and DIANE HAINES,

        Plaintiffs,　　　　　　　　　　　Case Number 22-12159
v.　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

ACTIVE INTEREST MEDIA, INC.

        Defendant.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

This matter is before the Court on the plaintiffs' amended motion for leave to file a notice of supplemental authority in support of their brief in opposition to the defendant's motion to dismiss. The Court has reviewed the proposed supplemental authority and finds that is it not necessary to the full consideration of the issues presented in the defendant's motion. The proposed supplemental authority is a report and recommendation issued by a magistrate judge in this district; the report has not been adopted, presently is open to objection, and is not binding on this Court. The plaintiffs' motion for leave to file a notice of supplemental authority therefore will be denied.

Accordingly, it is **ORDERED** that the plaintiff's amended motion for leave to file a notice of supplemental authority (ECF Nos. 28) is **DENIED**.

It is further **ORDERED** that the plaintiff's original motion for leave to file a notice of supplemental authority (ECF No. 27) is **DENIED as moot**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:  March 9, 2023