UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXUS MURPHY, MARKITTA
WITCHER, and DIANE HAINES,

        Plaintiffs,                         Case Number 22-12159

v.                                                  Honorable David M. Lawson

ACTIVE INTEREST MEDIA, INC.

        Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AUTHORITY AND DENYING MOTION FOR LEAVE TO RESPOND

On March 31, 2023, the plaintiff filed a notice of supplemental authority in opposition to the defendant's motion to dismiss the amended complaint. The Court has taken notice of the recent case mentioned by the plaintiffs. No further briefing by the parties is authorized.

Accordingly, it is **ORDERED** that the supplemental authority attached to the plaintiff's notice (ECF No. 33) is deemed **FILED**.

It is further **ORDERED** that the defendant's motion for leave to file a response to the notice of supplementary authority (ECF No. 34) is **DENIED**.

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
                                                              United States District Judge

Dated:  April 26, 2023