IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY, MARKITTA WITCHER, and DIANE HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE INTEREST MEDIA, INC.,<br><br>Defendant. | Case No. 22-cv-12159<br><br>Hon. Jonathan J.C. Grey |

## JOINT STATUS REPORT

Pursuant to the Court's July 13, 2023 Stipulated Order (ECF No. 38), Plaintiffs Alexus Murphy, Markita Witcher, and Diane Haines ("Plaintiffs") and Defendant Active Interest Media, Inc. ("AIM," together with Plaintiffs, the "Parties") submit this Joint Status Report to update the Court on the status of their mediation efforts.

On August 28, 2023, the Parties participated in a mediation before the Honorable Wayne R. Andersen (Ret.), formerly of the Northern District of Illinois and now a JAMS Mediator. While the mediation did not result in a settlement that day, it was productive, and Judge Andersen has issued a mediator's proposal, with a deadline of September 11, 2023, for the Parties to respond. If the Parties accept the

mediator's proposal, Plaintiffs will file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41 within 30 days. If the Parties reject the mediator's proposal, they will submit a Joint Status Report by September 13, 2023, to inform the Court that the pending motion to dismiss must be decided.

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Kristen C. Rodriguez (w/ permission)* |
| THE MILLER LAW FIRM, P.C. | DENTONS US LLP |
| E. Powell Miller | Kristen C. Rodriguez |
| Sharon S. Almonrode | Deborah H. Renner |
| 950 W. University Drive, Suite 300 | 233 S. Wacker Drive, Suite 5900 |
| Rochester, MI 48307 | Chicago, IL 60606-6404 |
| 248-841-2200 | Tel: (312) 876-8000 |
| epm@millerlawpc.com | kristen.rodriguez@dentons.com |
| ssa@millerlawpc.com | deborah.renner@dentons.com |
| | |
| BURSOR & FISHER, P.A. | DENTONS DAVIS BROWN, P.C. |
| Joseph I. Marchese | Katelynn T. McCollough |
| Philip L. Fraietta | Davis Brown Tower |
| 1330 Avenue of the Americas, 32nd Floor | 215 10th Street, Suite 1300 |
| New York, New York 10019 | Des Moines, Iowa 50309-3993 |
| Tel: 646-837-7150 | Tel: (515) 246-7831 |
| jmarchese@bursor.com | katelynn.mccollough@dentons.com |
| pfraietta@bursor.com | |
| | CLARK HILL PLC |
| HEDIN HALL LLP | Peter B. Kupelian (P31812) |
| Frank S. Hedin | Carol G. Schley (P51301) |
| 1395 Brickell Ave | 151 South Old Woodward Avenue, Suite 200 |
| Suite 900 | Birmingham, MI 48009 |
| Miami, FL 33131 | Tel: (248) 530-6336 |
| 305-357-2107 | pkupelian@clarkhill.com |
| fhedin@hedinhall.com | cschley@clarkhill.com |
| | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

Dated: September 5, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                        */s/ E. Powell Miller*
                                        E. Powell Miller (P39487)
                                        **THE MILLER LAW FIRM, P.C.**
                                        950 W. University Dr., Ste. 300
                                        Rochester, MI 48307
                                        Tel: (248) 841-2200
                                        epm@millerlawpc.com