UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALEXUS MURPHY, MARKITTA WITCHER, and DIANE HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE INTEREST MEDIA, INC.,<br><br>Defendant. | Case 2:22-cv-12159<br><br>Hon. Jonathan J.C. Grey |

**<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alexus Murphy, Markitta Witcher, and Diane Haines hereby dismiss this action in its entirety against Defendant Active Interest Media, Inc. with prejudice.

Dated: September 28, 2023

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com

Philip L. Fraietta (P85228)
Joseph I. Marchese (P85862)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Fl.

1

New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com
jmarchese@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                  */s/ E. Powell Miller*
                                                  E. Powell Miller (P39487)
                                                  **THE MILLER LAW FIRM, P.C.**
                                                  950 W. University Dr., Ste. 300
                                                  Rochester, MI 48307
                                                  Tel: (248) 841-2200
                                                  epm@millerlawpc.com