UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXUS MURPHY, MARKITTA
WITCHER, and DIANE HAINES,
Individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.

ACTIVE INTEREST MEDIA, INC.,

      Defendant.

Civil No. 22-12159

Honorable Jonathan J.C. Grey

## ORDER OF DISMISSAL

The Court, having been advised of the parties' resolution of this matter and having reviewed plaintiffs' notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), concludes that this cause of action has resolved and there are no matters that remain pending. Accordingly,

IT IS ORDERED that this cause of action is DISMISSED WITH PREJUDICE.

September 29, 2023

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager